NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JAIME UGAY,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7069

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-4295, Chief Judge Bruce E. Kasold.

---

**ON MOTION**

---

**ORDER**

Eric K. Shinseki, Secretary of Veterans Affairs moves out of time for a 16-day extension of time, until May 4, 2011, to file his informal brief and appendix.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAY 0 9 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Jaime Ugay
P. Davis Oliver, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 9 2011

JAN HORBALY
CLERK